**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUSTIN TAYLOR**                                          **CIVIL ACTION**

**VERSUS**                                                      **NO. 11-571**

**BURL CAIN**                                                  **SECTION "I"(3)**

**CERTIFICATE OF APPEALABILITY**

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____        a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

___X___        a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in this Court's prior opinion denying petitioner relief, the petitioner has failed to make a substantial showing of the denial of a constitutional right._____

New Orleans, Louisiana, this __17th__ day of __August_____, 2011.

_____

**UNITED STATES DISTRICT JUDGE**